THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT SWANSON,

        Plaintiff,

        Case No. 16-cv-705

v.

EPIC SYSTEMS CORPORATION,

        Defendant.

**DEFENDANT EPIC SYSTEMS CORPORATION'S NOTICE AND
MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE, that pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Epic Systems Corporation ("Epic"), by its attorneys, Michael Best & Friedrich LLP, respectfully moves the Court to grant summary judgment in Epic's favor. Epic's motion is accompanied by its Brief, Proposed Findings of Fact and Declarations in support of this motion.

Dated this 8th day of September, 2017.

**MICHAEL BEST & FRIEDRICH LLP**

By:  s/Holly E. Courtney
    Amy O. Bruchs, State Bar No. 1021530
    Holly E. Courtney, State Bar No. 1081696
    One South Pinckney Street, Suite 700
    P.O. Box 1806
    Madison, WI  53701-1806

*Attorneys for Defendant Epic Systems Corporation*