IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT SWANSON,

    Plaintiff,

v.

EPIC SYSTEMS CORPORATION,

    Defendant.

Case No. 16-cv-705

### DECLARATION OF JENNIFER PETERSON

1. I, Jennifer Peterson, am employed as Human Resources Personnel Director at Epic Systems Corporation ("Epic").

2. I make the following statements on behalf of Epic and based on the information reasonably known to myself.

3. Epic makes an incredible investment in time and money in new employees, including trainers, training them to become subject matter experts in Epic's software.

4. Because this investment takes time to recoup, Epic wants employees who will likely remain with Epic for the long term.

5. I declare under penalty of perjury under the laws of the United States pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated this 7th day of September, 2017.

_____
Jennifer Peterson