# Exhibit C

**Tanya Bui**

**From:** Scott Swanson <batdog616@att.net>
**Sent:** Friday, November 14, 2014 2:07 PM
**To:** Tanya Bui
**Subject:** RE: Epic Offer Information

Thank you SO much! I am super excited about this opportunity and can't wait to get started! I also appreciate you being flexible with my start date- that means the world to me to have that time to relax and see my friend and decompress.

I look forward to hearing from you on Tuesday.
Have a great weekend!
~S

**From:** Tanya Bui [mailto:tbui@epic.com]
**Sent:** Friday, November 14, 2014 11:53 AM
**To:** batdog616@att.net
**Subject:** Epic Offer Information

Hi Scott,

Once again, I am delighted to offer you a Trainer position with Epic. Congratulations!

By logging into the website below, you'll find information on all of our basic benefits including health, dental, and 401(k) as well as life & disability insurance(s). There's also information about our onsite services like the New York Sock Exchange (laundry service) as well as a summary of food options, transportation resources, and a variety of additional benefits.

Benefits website: www.hrconnection.com
UserID: newstaffepic
Password M1lkyWay

I'll be in touch on Tuesday at the latest with a salary update and official offer letter. Have a great weekend!

Tanya Bui
Epic | Human Resources | Recruiting
608-777-2891 | tbui@epic.com

1