# Exhibit E



CONFIDENTIAL

EPIC001897

Redacted**(113951)**   2/9

EPIC001898



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

EPIC001906



 EPIC001907



EPIC001908

CONFIDENTIAL

EPIC001909



EPIC001910



CONFIDENTIAL                                                                    EPIC001911

CONFIDENTIAL                                                                                                          EPIC001912

CONFIDENTIAL

EPIC001913



CONFIDENTIAL

EPIC001914



CONFIDENTIAL

EPIC001915



CONFIDENTIAL

EPIC001916



CONFIDENTIAL EPIC001917



7



                                                        EPIC001958



EPIC001959





CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

EPIC001964



CONFIDENTIAL



CONFIDENTIAL



EPIC002019







EPIC002022







EPIC002025







CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL





CONFIDENTIAL

EPIC002060



CONFIDENTIAL

**(2605486)**   3/9

CONFIDENTIAL

EPIC002062



CONFIDENTIAL

EPIC002063



CONFIDENTIAL



CONFIDENTIAL



EPIC002066



CONFIDENTIAL



CONFIDENTIAL



EPIC002069



EPIC002070



EPIC002071





CONFIDENTIAL                                                                      EPIC002073



CONFIDENTIAL

EPIC002074





CONFIDENTIAL



CONFIDENTIAL

EPIC002077





CONFIDENTIAL



EPIC002080

Redacted **(2645090)**   3/12

CONFIDENTIAL                                                                                           EPIC002081



CONFIDENTIAL



CONFIDENTIAL                                                    EPIC002083



CONFIDENTIAL                                                    EPIC002084



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL
EPIC002087





CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Redacted   **(2664700)**   2/7

CONFIDENTIAL

EPIC002092



EPIC002093





CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



Redacted      (2679732)

EPIC002099



CONFIDENTIAL

EPIC002101

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

EPIC002104



EPIC002105

CONFIDENTIAL



CONFIDENTIAL

Redacted (2698906)   2/9

CONFIDENTIAL                                                                                                 EPIC002118



EPIC002119



CONFIDENTIAL



EPIC002121



CONFIDENTIAL



CONFIDENTIAL





EPIC002125



Redacted **(2730363)**   2/9

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL





CONFIDENTIAL





Redacted   **(2768297)**   **2/8**

CONFIDENTIAL

EPIC002154



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Redacted   **(2805525)**   2/9

EPIC002171



CONFIDENTIAL







EPIC002175



EPIC002176







CONFIDENTIAL

Redacted (**2812237**)   2/9

CONFIDENTIAL

EPIC002180



CONFIDENTIAL

EPIC002181



EPIC002183







EPIC002186

