# Exhibit A











